UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:17-cr-235-J-34PDB
     Ct. 1    18 U.S.C. § 922(g)(1)

ANDREW JAMES WARD

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about October 27, 2017, in the Middle District of Florida, the defendant,

ANDREW JAMES WARD,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

> Grand Theft, in the Circuit Court, Fourth Judicial Circuit in and for Clay County, Florida, on or about February 20, 2008;

> Manslaughter, in the Circuit Court of the Eighth Judicial Circuit, in and for Gilchrist County, Florida, on or about August 20, 2010;

> Trafficking in Morphine, Opium, Oxy, Heroin, Hydro or Their Derivatives (4 – 30 gm), in the Circuit Court, Fourth Judicial Circuit in and for Clay County, Florida, on or about September 19, 2012;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock, 9mm pistol, serial # AALS618.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## **FORFEITURE**

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, ANDREW JAMES WARD, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation to include, but is not limited to, the following:

    a.  a Glock, 9mm pistol, serial # AALS618; and

    b.  11 rounds of Cal. 9 ammunition.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
KEVIN C. FREIN
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
11/21/17 Revised

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ANDREW JAMES WARD

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 29th day

of November, 2017.

_____
Deputy Clerk

Bail   $ _____